# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL ACTION NO. 1:15-CV-0044-MR-DSC

| | |
|---|---|
| TODD W. PLAINTIFF, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| STATE OF NORTH CAROLINA, et al., ) | |
| ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on Plaintiff's "Motion for Electronic Notification," Doc. 13, filed on April 16, 2015 requesting that the Court docket his e-mail address, tws@toddwshort.com, and allow him to receive e-mail notification of filings in this matter.

Pursuant to this Court's "Administrative Procedures Governing Filing and Service by Electronic Means" section II, subsection D, the Motion is **GRANTED**. The Clerk is directed to add Plaintiff's email address, tws@toddwshort.com, for him to receive notice via e-mail whenever a pleading or other document is filed electronically.

The Clerk is directed to send copies of this Order to the pro se Plaintiff via e-mail; to defense counsel; and to the Honorable Martin Reidinger.

**SO ORDERED**.

Signed: April 17, 2015

David S. Cayer
United States Magistrate Judge