# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL ACTION NO. 1:15-CV-00044-MR-DSC

| | |
|---|---|
| TODD W. PLAINTIFF, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| STATE OF NORTH CAROLINA, et. al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on Plaintiff's "Motion to Notify Joinder of Parties" (document # 29) filed May 15, 2015 and "Plaintiff's Motion for Extension of Time for Parties to Respond to Motion to Plaintiff's Motion to Notify Joinder of Parties" (document #36) filed May 26, 2015.

Upon review of the record and after conferring with the chambers of the Honorable Martin Reidinger, the Court will **deny** Plaintiff's Motion to Notify Joinder of Parties as premature. The Court has granted Plaintiff's Motion to file a Second Amended Complaint by June 1, 2015. Plaintiff has not served any of the Defendants. The Court will allow Plaintiff to refile this Motion, if necessary, at an appropriate time once Defendants have been served and the issues have been joined.

**IT IS THEREFORE ORDERED** that

1. Plaintiff's "Motion to Notify Joinder of Parties" (document # 29) is **DENIED**.

2. "Plaintiff's Motion for Extension of Time for Parties to Respond to Motion to Plaintiff's Motion to Notify Joinder of Parties" (document #36) is **DENIED AS MOOT**.

The Clerk is directed to send copies of this Order to pro se Plaintiff and to the Honorable Martin Reidinger.

**SO ORDERED**.

Signed: May 28, 2015

David S. Cayer
United States Magistrate Judge