# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL ACTION NO. 1:15-CV-00044-MR-DSC

| | |
|---|---|
| TODD W. PLAINTIFF, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| STATE OF NORTH CAROLINA, et. al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on pro se Plaintiff's "Motion for Extension of Time to Amend Due to Ongoing Medical Reasons" (document #48) filed June 4, 2015 and his "Motion for Temporary Stay Due to Medical Reasons" (document #50) filed June 8, 2015.

Having conferred with the chambers of the Honorable Martin Reidinger, the Court will **GRANT IN PART and DENY IN PART** Plaintiff's "Motion for Temporary Stay Due to Medical Reasons" (document #50). That is, Plaintiff is granted a thirty (30) day extension of time from the date of this Order to file his second amended complaint. ***Plaintiff is warned that no further extensions of time to file his second amended complaint will be granted absent exceptional circumstances.*** Plaintiff's request for a stay of the case is **DENIED**. Plaintiff's "Motion for Extension of Time to Amend Due to Ongoing Medical Reasons" (document #48) is DENIED as moot.

The Clerk is directed to send copies of this Order to pro se Plaintiff; to defense counsel; and to the Honorable Martin Reidinger.

**SO ORDERED**.

Signed: June 10, 2015

David S. Cayer
United States Magistrate Judge