THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:15-cv-00044-MR-DSC

| | |
|---|---|
| TODD W. SHORT, ) </br> ) </br> Plaintiff, ) </br> ) </br> vs. ) </br> ) </br> ) </br> STATE OF NORTH CAROLINA, et al., ) </br> ) </br> Defendants. ) </br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's Motion for Dismissal and Stipulation of Voluntary Dismissal with Prejudice of Defendants Travelers Casualty and Surety Company of America, Surety Agency, LLC, Thomas Bowes, and Karen Beard [Docs. 45, 49].[1]

The Plaintiff and counsel for the above-referenced Defendants filed a Stipulation of Voluntary Dismissal with Prejudice on June 2, 2015. [Doc. 47]. Accordingly, the Plaintiff's Motion for Dismissal is moot and shall be denied as moot.

---

[1] Document 49 appears to be duplicative of Document 45.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion for Dismissal and Stipulation of Voluntary Dismissal with Prejudice of Defendants Travelers Casualty and Surety Company of America, Surety Agency, LLC, Thomas Bowes, and Karen Beard [Docs. 45, 49] is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Signed: June 10, 2015

Martin Reidinger
United States District Judge