# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL ACTION NO. 1:15-CV-00044-MR-DSC

| | |
|---|---|
| TODD W. SHORT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| STATE OF NORTH CAROLINA, et. al., | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on Defendants Carder, Martineau & King, PLLC, and Smoky Mountain Center's "Motion[s] for Extension of Time" (documents ##140-142), filed August 27, 2015. For the reasons stated therein, the Motions are granted.

The Clerk is directed to send copies of this Order to pro se Plaintiff; to defense counsel; and to the Honorable Martin Reidinger.

**SO ORDERED**.

Signed: August 28, 2015

David S. Cayer
United States Magistrate Judge