IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Civil Action No. 1:15-cv-00044-GCM-DSC

| | |
|---|---|
| TODD W. SHORT, ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| STATE OF NORTH CAROLINA, et al., ) | |
|     Defendants. ) | |

**THIS MATTER** is before the Court on the "Motion to Substitute the United States of America for Defendant John Bramlett on All Tort Claims" (document #208).

For the reasons stated therein, the Motion is <u>granted</u>.

**SO ORDERED**.

Signed: October 29, 2015

_____
David S. Cayer
United States Magistrate Judge