IN THE UNITED STARTES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15cv44

| | | |
|---|---|---|
| TODD W. SHORT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| STATE OF NORTH CAROLINA, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the Court upon the Plaintiff's Motion to Strike the Exhibits attached to Defendants Stephen Kropelnicki and Carter and Kropelnicki, P.A.'s response to Plaintiff's objections to the Memorandum and Recommendation. Plaintiff asserts that Exhibits 5 and 6 "are related in part to the Plaintiff's medical and psychological records and condition and should not be disclosed to the public." The Exhibits at issue are two state court orders that are already a matter of public record. The Exhibits do not contain any medical or psychological records or other private information. Accordingly,

IT IS THEREFORE ORDERED that the Plaintiff's motion (Doc. No. 296) is hereby DENIED.

Signed: February 18, 2016

Graham C. Mullen
United States District Judge